# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JOY REYNOLDS, | Case No. 3:20-cv-403 |
| Plaintiff, | District Judge Thomas M. Rose |
| vs. | Magistrate Judge Caroline H. Gentry |
| MEDTRONIC, INC., *et al.*, | |
| Defendants. | |

## ORDER

This matter is before the Court on the parties' Joint Motion for Temporary Stay of Pretrial Deadlines. The parties have reached a settlement in principle, and request that the present case be stayed for 90 days so that they may finalize terms of settlement.

For good cause shown, the parties' Joint Motion (Doc. 25) is hereby **GRANTED**. This matter shall be **STAYED** for a period of 90 days from the date of this Order. If settlement is not finalized within 90 days, the parties are **ORDERED** to file a joint status report no later than June 20, 2022. The parties are advised that the current trial schedule (*see* Doc. 22) will be vacated if settlement is not finalized by that date.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge